IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO.  DNCW303CR000020 |
| | ) | (Financial Litigation Unit) |
| NORBERT MATHEW PLAUD, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROEDER & MOORE LLC/TA, | ) | |
| TWO MEN & A TRUCK, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant

Norbert Mathew Plaud is DISMISSED.

Signed: June 13, 2012

Frank D. Whitney
United States District Judge